# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0117
_____

LAKITA GRANT,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

March 7, 2019

PER CURIAM.

DISMISSED.  *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

WOLF, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lakita Grant, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.